UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

MANN CONSTRUCTION, BROOK
WOOD, KIMBERLY WOOD, LEE
COUGHLIN, and DEBBIE COUGHLIN,

    *Plaintiffs,*

v.

UNITED STATES OF AMERICA,

    *Defendant.*

Case no. 1:20-cv-11307-TLL-PTM

---

**DEFENDANT UNITED STATES OF AMERICA'S**
**ERRATA TO MOTION TO DISMISS**

The United States files this errata to correct a misstatement in its memorandum in support of its motion to dismiss (dkt. no. 15). The United States' memorandum argues that if Plaintiffs sought to restart the running of the statute of limitations after failing to disclose their participation in a listed transaction, they were required by 26 C.F.R. § 301.6501(c)-1(g)(1) to file Form 8886 with the IRS Office of Tax Shelter Analysis. *See* dkt. no. 15 at 32-34, PageID.109-111. That regulation was proposed in 2009, *see* 74 FR 51527-01, 2009 WL 3188148, but not finalized until March 31, 2015, *see* 80 FR 16973-01, 2015 WL 1409634, approximately one year after Plaintiffs filed the tax return at issue. Had Plaintiffs sought to remedy their failure to disclose the transaction prior to March 31, 2015,

the applicable instructions would have been in IRS Revenue Procedure 2005-26, 2005-1 C.B. 965, 2005 WL 793138.  That procedure, like the proposed and final regulations, required the taxpayer to file Form 8886 with the IRS Office of Tax Shelter Analysis, which they failed to do.  This correction thus does not affect the substance of the United States' argument.

The undersigned apologizes for the oversight.  In light of the timing of this filing, the United States consents to a request for an extension of time for Plaintiffs to respond to the United States' motion to dismiss.

Dated: September 8, 2020              Respectfully submitted,

/s/ Arie M. Rubenstein
ARIE M. RUBENSTEIN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Washington, D.C.  20044
202-307-6588 (t) / 202-514-5238 (f)
Arie.M.Rubenstein@usdoj.gov