# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 25, 2022

Ms. Kinikia D. Essix
Eastern District of Michigan at Bay City
1000 Washington Avenue
Suite 219 Federal Building
Bay City, MI 48708-0000

     Re: Case No. 21-1500, *Mann Construction, Inc., et al v. USA*
        Originating Case No. 1:20-cv-11307

Dear Clerk,

 Enclosed is a copy of the mandate filed in this case.

                Sincerely yours,

                s/Robin L Baker
                Case Manager
                Direct Dial No. 513-564-7014

cc: Ms. Ellen Page DelSole
   Mr. Geoffrey J. Klimas
   Mr. Samuel Joseph Lauricia III
   Mr. Walter A. Lucas
   Mr. Matthew C. Miller
   Mr. Randy Lee Taylor
   Ms. Francesca Ugolini

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 21-1500

_____

Filed: April 25, 2022

MANN CONSTRUCTION, INC.; BROOK WOOD; KIMBERLY WOOD; LEE COUGHLIN; DEBBIE COUGHLIN

    Plaintiffs - Appellants

v.

UNITED STATES OF AMERICA

    Defendant - Appellee

## MANDATE

   Pursuant to the court's disposition that was filed 03/03/2022 the mandate for this case hereby issues today.

COSTS: None